UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TED A. MCCRACKEN,

                Plaintiff,

-against-

BROOKHAVEN SCIENCE ASSOCS., LLC, et al.,

                Defendants.
------------------------------------------------------------X

JUDGMENT
08-CV- 2642 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2009 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 13, 2009, dismissing plaintiff's complaint; and denying his motion to amend; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed; and that his motion to amend is denied.

Dated: Brooklyn, New York
       March 13, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court